| | | |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **WESTERN DISTRICT OF WASHINGTON** | |

```
_____ FILED _____ LODGED
_____ RECEIVED

      APR 21 2022

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

3

4    TERRA LIBRE LAND TRUST                          :

5        On behalf of:  Keith Allan: Goulet          :

6                    An American National.           :

7                    Private, a non-juristic entity  :

8                                                     :

9                    Petitioner                      :    Case Number: _3:22-Cv-05277-JLR_

10   v.                                              :

11                                                    :

12   WELLS FARGO BANK, N.A.                          :

13   NATIONAL ASSET MANAGEMENT GROUP                 :

14   JG WENTWORTH HOME LENDING LLC                   :

15   QUALITY LOAN SERVICE CORP OF WASHINGON          :    Petition for Writ of Mandamus

16   KITSAP COUNTY CORPORATION                       :    In re: Keith Allan Goulet

17   ORANGE COAST TITLE COMPANY                      :        An American National

18   SOLIDIFI TITLE AGENCY INC                       :

19   WELLS FARGO HOME MORTGAGE                       :

20   THE SECRETARY OF VETERAN AFFAIRS                :

21   DEPARTMENT OF VETERAN AFFAIRS                   :

22   FIDELITY NATIONAL TITLE INSURANCE COMPANY       :

23   MCCALLA RAYMER LIEBERT PIERCE                   :

24                                                    :

25                    Respondents.                   :

26   _____

27

28                    **Petition for Writ of Mandamus**

29

30

31   The Plaintiff **Terra Libre Land Trust**, on behalf of **Keith Allan: Goulet**, an American National, and not a

32   "US Citizen", and not a "Citizen of the United States", by and through **Terra Libre Land Washington**, and

33   it's "Managing Trustee" **Sterling Jay Shaw**, whereas Terra Libre Land Washington holds a limited "Durable

34   Power of Attorney" granted by Keith Allan: Goulet, on this particular subject matter.

35   Further, that "Keith Allan: Goulet, the living being, does by this Affidavit rebut any and all presumption of

36   law relating to the case or matter before this Court, case number _3:22-Cv-5277_ whereas the

37   fictional entity KEITH A. GOULET, is not named, and **that this matter is part of the Public Record**.

1

NO Summons Issued

TAC 016977
$402.00

38   The fictional name, KEITH A. GOULET, including all derivative thereof, **is registered in the public**, with "The
39   State of Washington" the State of Washington" and "STATE OF WASHINGTON" and the "The State of
40   Montana", the "State of Montana" and the "STATE OF MONTANA", as a fictional entity, in addition to a
41   UCC-1 Financing Statement combined with a Security Agreement, designating the fictious name as a
42   DEBTOR, recorded with the Secretary of State, Denver Colorado and with the Secretary of State Albany,
43   New York.

44   Further, that: "Keith Allan: Goulet, is the Secured Party Creditor, "**exclusive donor & beneficiary**", has
45   designated **Prairie Star National Trust** as Administrator & Trustee; whereas **Prairie Star National** and
46   **Terra Libre Land Washington** holds a limited "Durable Power of Attorney, to act on any and all personal,
47   business and lawful issues that may arise in the name of Keith Allan: Goulet, the living being, and KEITH
48   A. GOULET, a transmitting utility, account number ▓▓▓▓▓▓▓▓

49   The documents recorded **in the public,** in KITSAP COUNTY WASHINGTON and MISSOULA COUNTY
50   MONTANA, **invoke and rebut any presumptions of law**, that this matter or any other matter, that should
51   arise, **shall be part of the Public Record** (Canon 3228 (i), as any alleged charges are made against the
52   fictional entity KEITH A. GOULET are not part of the this case.

53   Ignoring that the alleged named defendants "Fictious Name Registration" has been entered into the Public
54   Record, whereas evidence has been clearly presented to the Court, and if the Court should decide to move
55   forward with the case, the Court will be in violation of its public service oath and judicial immunity under
56   the subsections **"Canon 3228 (ii), (iii), and (iv)."**

57   The Presumption of Summons (Canon 3228 (v): States that "A Summons, when rebutted", stands of ***"Truth***
58   ***in Commerce"***.  In any case or the matter before the Court, the alleged defendant rebuts his forced
59   appearance by presenting to the Court this Rebuttal, along with a copy of the "registration of the fictional
60   name KEITH A. GOULET, and a copy of this Affidavit stating that, Keith Allan: Goulet is an American
61   National, whose jurisdiction is the Land & Soil of "The State of Montana", whereas he is the registered
62   owner of the name KEITH A. GOULET and has authorized Terra Libre Land Washington and Prairie Star
63   National to act on his behalf in this matter.

64

65   The petitioner by and through its agents, hereby serves this notice of "**Petition for Writ of Mandamus**"
66   against Defendants: WELLS FARGO BANK, N.A., NATIONAL ASSET MANAGEMENT GROUP, JG
67   WENTWORTH HOME LENDING LLC, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, KITSAP
68   COUNTY CORPORATION OF WASHINGTON, ORANGE COAST TITLE COMPANY, SOLIDIFI TITLE AGENCY INC,

69  WELLS FARGO HOME MORTGAGE, THE VETERANS ADMINISTRATION, THE SECRETARY OF VETERAN

70  AFFAIRS, John Does 1 through 10 (said name being fictious and unknown persons) and Corporate entities

71  1 through 10 (said names being fictious, unknown entities) all corporate entities, and alleges as follows:

72

73                                    <u>**Introduction**</u>

74

75  1.  On or about March 2020,  QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, functioning as

76      a "Collection Agency", utilizing the "corporate name – Transmitting Utility name" "KEITH A.

77      GOULET", as the assumed holder of a valid title, under color of law, commenced a non-judicial

78      foreclosure process against the property located at 67603 Phillips Road SE, Port Orchard,

79      Washington.

80  2.  The actual "recorded owner" according to the KITSAP COUNTY RECORDING OFFICE on the date of

81      the "notice of foreclosure" was Keith Allan: Goulet (**Exhibit A**).

82  3.  The Loan Application (**Exhibit B**) was executed by the living man Keith Allan: Goulet. JG

83      WENTWORTH HOME LENDING LLC, illustrated that the subject property was held in "Fee Simple

84      Title" by Keith Allan: Goulet, the living man, whereas the "application document" clearly indicated

85      as such.  It was only during the drafting of the documents, that the name was changed, and the

86      name of "KEITH A. GOULET, a Transmitting Utility" was substituted for the living man' name,

87      **without notice** or explanation or **consent** of the living man, Keith Allan: Goulet.  The Living man,

88      upon receiving notice from QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, provided

89      "Notice" to QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, with a copy of a "Statutory

90      Warranty Deed" on file with KITSAP COUNTY RECORDING OFFICE, which clearly indicating that a

91      "Fee Simple Title" was held in the name of Keith A. Goulet, the living man, and nowhere on the

92      "Warranty Deed" did the name KEITH A. GOULET, the transmitting utility, appear.

93  4.  Nowhere in the "loan documents" was there any "**informed consent**" by the Applicant, the living

94      man Keith Allan: Goulet, agreeing to the substitution of the "Transmitting Utility Name", to replace

95      the actual 'Holder-in-due-course". No informed consent to change the name was provided by the

96      living man Keith Allan: Goulet.

97  5.  The Living man, Keith Allan: Goulet, provided documents recorded at KITSAP COUNTY RECORDING

98      OFFICE, which clearly "Declared Goulet's Political Status" as an American National and NOT ANY

99      KIND OF "US Citizen" nor a "CITIZEN OF THE UNITED STATES". Including documents which informed

100     QUALITY LOAN SERVICE CORPORATION OF WASHINGTON that Keith Allan: Goulet, the living man,

101        WAS NOT the same PERSON as the name in which QUALITY WAS utilizing as "title holder in
102        possession of the property".

103  6. The living man Keith Allan: Goulet provided a copy of a UCC-1 Financial Statement and a copy of a
104        "Private Security Agreement" whereas KEITH ALLAN GOULET, aka KEITH A. GOULET, the DEBTOR,
105        account number 517487279; whereas the living man Keith Allan: Goulet was named as the "Secured
106        Party Creditor" of any and all property so claimed by the Federal Name KEITH A. GOULET. "This
107        filing secures a Contractual Obligation in favor of Secured Party; any attempt to stultify or impair
108        the contract between Secured Party and/or DEBTOR goes at $50,000,000.00 per action. Secured
109        Party hereby secures the rights, interest and title over all of Debtor's assets, land and personal
110        property, now owned and hereafter acquired, now existing and hereafter arising, and wherever
111        located or situated...."

112  7. The living man, Keith Allan: Goulet also provided a certified copy of a "Mandatory Notice, Foreign
113        Sovereign Immunities Act, Section 1605 & 1607, & NOTICE OF LIABILITY, 18 USC 2333 – 18
114        USC 1341 – 18 USC 142, clearly identifying the names "KEITH A. GOULET" as a MUNICIPAL
115        FEDERAL NAME, a "Transmitting Utility" account number 517487279. (**Exhibit M**)

116  8. Whereas the name "Keith Allan: Goulet", was identified as a "living man" whose jurisdiction is the
117        "soil and land" of "The State of Montana" and NOT A RESIDENT of the State of Washington, nor
118        the STATE OF WASHINGTON.

119  9. Further that Keith Allan: Goulet, the living man's domicile is "The State of Montana", a natural born
120        citizen of that state. Whereas he owns property in "The State of Washington" but IS NOT a resident
121        of "The State of Washington", the State of Washington or the STATE OF WASHINGTON.

122  10. In early 2021, the Administrator for the FEDERAL NAME, Transmitting Utility, filed a notice of
123        "Bankruptcy" for the FEDERAL NAME – KEITH A. GOULET. QUALITY LOAN SERVICE
124        CORPORATION OF WASHINGTON was duly notified of this change of status of the FEDERAL
125        NAME, however, QUALITY ignored the notice and proceeded to "sell the property it claimed to
126        have control of by way of an assignment by WELLS FARGO BANK, N.A" as "TEMPORARY
127        TRUSTEE" of the "nonexistent Deed of Trust". The "Deed of Trust" executed under false
128        presumptions, was cancelled by the only signer to the Deed of Trust, the living man Keith Allan:
129        Goulet, and notice was given to all the parties to the "alleged loan agreement/documents" of that
130        cancellation.

131  11. Certified Letter(s) were sent to WELLS FARGO HOME MORTGAGE (a collection entity of
132        WELLS FARGO BANK, N.A.); QUALITY LOAN SERVICE CORPORATION OF
133        WASHINGTON; JG WENTWORTH HOME LENDING LLC; and SOLIDIFI TITLE AGANCY

134     LLC with the Heading… "NOTICE OF CANCELLATION OF THE DEED OF TRUST (case #: 46-
135     46-6-0907821) (Loan# 533842) containing a STATEMENT OF RECLAMATION. (**Exhibit C**).

136   12. QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, informed Prairie Star National,
137     the Administrator of the "Transmitting Utility" KEITH A. GOULET, that IT was functioning as the
138     "TEMPORARY TRUSTEE", on behalf of WELLS FARGO BANK, N.A., however, upon request by
139     Prairie Star National Trust, for a "copy of the assignment" from the existing trustee, QUALITY did
140     not provide any evidence that such an assignment contract existed. QUALITY therefore functioned
141     in a capacity of "nonexistent contract" between QUALITY and WELLS FARGO BANK, N.A., or
142     the existing Trustee.

143   13. Further, since WELLS FARGO BANK, N.A. claimed to be the "Beneficiary" of this "so called trust",
144     by rule, "a Beneficiary cannot "name a new trustee" only the "creator of the trust" or the "existing
145     trustee" may affect such a "contractual obligation" on behalf of an existing trust or Trustee. Any
146     appointment of an "Acting Trustee" to a Trust for the singular purpose of the "Collection of Debt"
147     or "Foreclosing on a Note" raised serious questions regarding the violation of the RICO ACT, and
148     "Debt Collection Violations". The Respondents participated in the violation of 18 U.S.C 1001 (a) (3)
149     by filing false documents , fictitious or fraudulent statement or entry in this unlawful foreclosure.

150   14. On June 22, 2020, A Notice of Obligation was recorded on March 30, 2020, against QUALITY LOAN
151     SERVICE CORPORATION OF WASHINGTON, the SECRETARY OF VETERAN AFFAIRS, and THE VETERAN
152     ADMINISTRATION, along with various other entities, whereas a response was required. **None of**
153     **the "Respondents" responded, nor did they rebut** any element of the "**Commercial Tort Claim**".
154     As a result of the "non-rebuttal", all Respondents were provided with "Notice of Default" on June
155     22, 2020, and a "Judgement" was entered July 25, 2020.

156   15. The Living Man, Keith Allan: Goulet and his Property Management entity: Terra Libre Land Trust,
157     remain the "Landlord – Land Manager" of the subject property. On March 12, 2020, the living man,
158     by letter to Katherine Mauchamer, Attorney General for WASHINGTON STATE, provided notice of
159     his concerns regarding the shady actions of the "Collection Agency" QUALITY LOAN SERVICE
160     COROPRATION OF WASHINGTON. The letter raised the question of "Who was the Holder-in-due-
161     Course" of the property. The complete document is attached as **Exhibit D**, which fully describes the
162     process by which the "Respondents" hereto were and are confronted with. Note that the Notice
163     from QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, was addressed to "The
164     Transmitting Utility – The ESTATE OF KEITH A. GOULET which was in BANKRUPTCY, whereas that
165     corporate bankruptcy was finalized on November 5, 2021.

166  16. On August 3, 2021 a "Notice of Lien" (**Exhibit E**) was recorded against NATIONAL ASSET
167      MANAGEMENT GROUP in the following amounts of:
168          In favor of:  Wild Rose Christian Ministry:          $365,000.00 - #201906060109
169          In favor of:  Keith Allan: Goulet                   $ 750,000.00 - #202104010256
170  17. On September 29, 2021, McCalla Raymer Liebert Pierce (Law Firm), along with copies sent to the
171      KITSAP COUNTY SHERIFF's OFFICE; the KITSAP COUNTY ASSESSOR-RECORDER's OFFICE advising the
172      parties thereto of the current status of the property. (**Exhibit F**)
173  18. On December 6, 2021, a follow-up letter was sent to Warren Lance/WARREN LANCE, Bar Attorney
174      #51586, providing notice of "Public Notice of Contract" regarding the attempted criminal
175      profiteering and claim made against the privately owned property of Keith Allan: Goulet managed
176      by Terra Libre Land (management) Trust, invoked a "Notice Provided to Warren Lance and the Law
177      Firm McCalla Raymer Liebert Pierce, stating "This is your Official Notice – Any past, present or future
178      reference or implication that Keith Allan: Goulet, the flesh & blood living man is the same as the
179      FEDERAL NAME:  KEITH GOULET or KEITH A. GOULET..."
180      "This Notice includes ALL principals, Agencies, Agents of the Agencies, Federal or State/STATE, who
181      by their actions, AGREE TO THE TERMS AND CONDITIONS OF THIS CONTRACT, who may also be
182      "Personally liable for Damages"...." (**Exhibit J** )
183  19. The Terms and Conditions of said contract have been invoked for each "Respondent" named herein.
184      "An initial fee of $500,000.00 for any "Charge" or "Claim"...." And "....$50,000 per day litigation or
185      lawful expiration, whereas this additional fee shall be a "Contractual Agreement" by the Principal
186      and it's Agent(s) who have initiated the charge or claim...." (**Exhibit J**).
187  20. On March 30, 2020, A "Notice of Obligation" GPSN-042620-5 was recorded against the following
188      entities regarding this same case.  Lourdes E. "Alfie" Alvarado-Romos, Secretary of Veteran Affairs;
189      Robert Wilkie, Secretary of Veteran Affairs; WELLS FARGO BANK, N.A.; WELLS FARGO HOME
190      MORTGAGE; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, VRM MORTGAGE SERVICES
191      & KC CLAYTON, all "Petitioners" (**Exhibit G**).
192  21. The Allegations listed therein included "Fraud", "Fraudulent Conveyance", "False Representation
193      of Material Facts", "Fraudulent Concealment", Theft by Deception and Fraudulent Conveyance",
194      "Failure to adhere to the Cancellation of the Deed of Trust"; "Mis-Representation of facts"
195      including:
196  22. The "Tort of Fraudulent Deceit", whereas the elements of actionable deceit are: "A false
197      representation of a material fact made with knowledge of its falsity, or recklessly, or without

198      reasonable grounds for believing its truth, and with intent to induce reliance thereon, on which
199      plaintiff justifiably relies on his injury…" 18 U.S.C 241 & 18 U.S.C. 242 each RICO entity has
200      conducted and participated in directly or indirectly using the unlawful collections methods. 18
201      U.S.C. 1963 (3).

202  23. From this Tort Claim (GPSN-042629-5), no Respondents replied nor did any Respondent rebut any
203      of the allegations made therein.

204  24. A second "Commercial Tort Claim" PSN: 0816-7-44, dated August 16, 2021 was issued to the same
205      "Respondents", which included: NATIONAL ASSET MANAGEMENT GROUP, 2461 West La Palma
206      Ave, Suite 120, Anaheim, CA 92801. Again none of the Respondents including NATIONAL ASSET
207      MANAGEMENT GROUP responded to the allegations put forth in the Claim (**Exhibit O**).

208  25. NATIONAL ASSET MANAGEMENT GROUP, was represented as the "Asset Holding Company/Entity"
209      for THE VETERAN'S ADMINISTRATION. Prairie Star National Trust was made aware upon its own
210      investigation that "NATIONAL ASSET MANAGEMENT GROUP" is wholly owned by none other than
211      WELLS FARGO BANK, N.A…., who is a "derivative of the "Corporate UNITED STATES Treasury".

212      This appears to be a "cozy arrangement" between the "purported lender bank (JG WENTWORTH
213      HOME LENDING LLC), the "servicing bank" WELLS FARGO HOME MORTGAGE and the "Collection
214      Agency" QUALITY LOAN SERVICING CORPORATION OF WASHINGTON, and NATIONAL ASSET
215      MANAGEMENT GROUP.

216      WELLS FARGO BANK, N.A. files an insurance claim with the "Insuring company", receives full
217      payment amount of the "Loan Amount".., then files a second claim with THE VETERAN'S
218      ADMINISTRATION for the coverage amount, then takes the property from the "Veteran" by utilizing
219      a "non-judicial process" which removes any "defense" by the Veteran.

220      WELLS FARGO BANK, N.A. not only gets paid twice from insurance claims, when the funds for the
221      entire project came from the Veteran's own credit… and ends up with the "claim to title" to the
222      property…, and the bank risked nothing at all.

223

224                        **FACTS FROM THE RECORDS**

225

226  1. The UNIFORM APPLICATION INFORMATION: (**Exhibit B**) Illustrated the "applicant" as Keith
227      Goulet.  We can presume he must be a living being, as he is referring to as a "Single Man".
228      The application declares that: "Title will be held in what name(s): the application clearly states:
229      Keith Goulet – Single Man…

230        Estate will be held in:  Fee Simple

231    2.    The VA Certificate of Eligibility No: 1563475 illustrates the "Name of Veteran: GOULET, Keith Allan;

232          The Service Serial Number 197 08 58; the Social Security number utilized on the certificate is: ▮▮-

233          ▮▮-▮▮▮▮" (Exhibit I)

234          Fact:  The name on the Social Security Card is:  KEITH ALLAN GOULET

235          The card DOES NOT belong to the living man Keith Allan: Goulet, but belongs to the "Social

236          Security Administration"... the card states so on the back of the card.

237          The three names [Keith Allan: Goulet  -  GOULET, Keith Allan  -  KEITH ALLAN GOULET] are all

238          different entities.

239    3.    The "VETERAN'S ADMINISTRATION" has violated 8 USC 1324 c:  "The penalty for document fraud,

240          by inducing the "Veteran" to violate the same code by leading the "Veteran" to believe that He

241          was "acting/signing" for "his natural self" rather than acting/signing on behalf of a "Substitute

242          Federal Name".

243    4.    The "REPORT AND CERTIFICATION OF LOAN DISPURSEMENT" a Department of Veteran Affairs

244          document, states the following:   "Line 4A: FIRST NAME... MIDDLE NAME... LAST NAME OF

245          VETERAN: "Keith A. Goulet"....  According to the Veteran's Administrations published records...

246          the Veteran's name is:  GOULET, Keith Allan"... NOT: Keith A. Goulet.

247          The "Loan Disbursement form" states "VETERAN'S SOCIAL SECURITY NO: ▮▮▮ ▮▮ ▮▮▮▮"

248          The Official Social Security Card states: "The card holder's name is: KEITH ALLAN GOULET" On the

249          back of the card, it clearly states that the card is "Owned by the Social Security Administration".

250          The name "KEITH ALLAN GOULET" was/is a name created and owned by the MUNICIPAL

251          GOVERMENTAL SERVICE CORPORATION and DOES NOT belong to the Veteran.

252    5.    That the Federal Name: KEITH ALLAN GOULET was created by the "State of Montana/STATE OF

253          MONTANA (these entities are franchise entities of Territorial/MUNICIPAL corporations known as

254          "THE UNITED STATES OF AMERICA, INC" and "UNITED STATES, INC"), on December 10, 1943.

255    6.    The GEMEI UTILITY, attached to the "Commercial Tort Claim" clearly documents that the "Federal

256          Name KEITH ALLAN GOULET and the Social Security Card number ▮▮▮ ▮▮ ▮▮▮▮ has been utilized to

257          capitalize on the "labor & productivity" of the living man to whom this created name and number

258          is "attached to".

259          This act is "Fraud in Fact by Deceit (Obfuscation and Denial) and Theft" (The Actual Fraud, Deceit,

260          the concealing of something or making a false representation with an evil intent [scanter] when

261          it causes injury to another...".

262   7.   On October 5, 2019, the living man Keith A. Goulet created a "UNIFORM RESIDENTIAL LOAN
263         APPLICATION" (**Exhibit B**) form with JG WENTWORTH HOME LENDING INC.

264         That form contained the following information: Borrower's name: Keith A. Goulet – **Single Man**
265         Estate will be held in: Fee simple – **In the applicant's name**

266         Amount of Loan: $344,000.00 – Mortgage Type: **VA -** Loan # 533842

267         According to Loan Application, the borrower (the living man Keith Allan: Goulet) applied for a loan
268         of **money** from the lender/bank. The Loan Disbursement Instructions (created by JG WENTWORTH
269         LLC as Lender or SOLIDIFI TITLE AGENCY LLC as Settlement Agent) identifies the "Borrower" as
270         **Keith A. Goulet**. The "Actual Documents" were converted into the Federal Name: KEITH A.
271         GOULET.

272         The Lender created all the documents in the FEDERAL NAME: KEITH A. GOULET.

273         The FEDERAL NAME: KEITH A. GOULET "**DOES or DID NOT**" hold title to the property as evidenced
274         by a Statutory Warranty Deed dated November 7, 2012, yet the entire "Package of Documents"
275         utilized the FEDERAL NAME: KEITH A. GOULET as the "borrower".

276         The lender DID NOT specify that the borrower WAS NOT obtaining the loan... but in fact the
277         FEDERAL NAME: KEITH A. GOULET created by MUNICIPAL GOVERNMENT.

278         The living being "Keith Allan: Goulet" DID NOT benefit nor receive any funds as a result of the
279         transaction which was carried out in the FEDERAL NAME: KEITH A. GOULET. In addition, the Lender
280         did not LOAN ANY MONEY at all... but was in fact simply loaning the "would be borrower" the
281         living man's own credit.

282   8.   A HUD/VA Addendum to Uniform Residential Loan Application was completed by the Lender JD
283         WENTWORTH HOME LENDING INC. The borrower's name on the document is illustrated as: **Keith**
284         **Goulet...** and that: Title will be held in what name(s): **Keith Goulet** , **Single man** - **Fee**
285         **simple**; Subject property address (street, city, state & zip):       6703   Phillips   Rd   SE,   Port
286         Orchard, WA 98367, County: Kitsap Washington.

287   9.   On Page 5 of this document:       In the Continuation Sheet/Residential Loan Application:
288         Borrower: **Keith Goulet...** At the bottom of page 5: Borrower's Signature:

289         Above the signature block is the following notation: *[I/We fully understand that it is a Federal*
290         *crime punishable by fine or imprisonment, or both, to knowingly make any false statements*

291    *concerning any of the above facts as applicable under the provisions of Title 18 United States Code,*
292    *Section 1001, et seq.]*

293    Elements of **18** U.S.C. § **1001 Section 1001's** statutory terms are violated **if someone**: "falsifies,
294    conceals or covers up by any trick, scheme or device a material fact," "makes any false, fictitious
295    or fraudulent statements or representations,"

296    10. The Facts are that each of the Respondents participated, knowingly or unknowingly in the
297    deceptive elements of mortgages described in the "Commercial Tort Claim – PSN: 0816-7-44",
298    each violating elements of 18 U.S.C...

299

300    11. **False and fraudulent conversion of title**.  The application states that Title was to be held in the
301    name of *"Keith Goulet – a Single man"*. At what point in the "loan process" did the name get
302    changed to KEITH A. GOULET?   How is it possible to for a "corporate entity" to become a
303    "UNMARRIED MAN"?

304

305    The "Deed of Trust" converts the "Applicant/borrower from the name "Keith Goulet" into a juristic
306    Person Federal Name: KEITH A. GOULET.  The text of the "DEED OF TRUST" identifies this "legal
307    entity – KEITH A. GOULET" as a "UNMARRIED MAN". Pure deception and fraud.

308    12. Just prior to the signing of the "Documents", which includes the "Application document" a
309    definitive statement that "Title" was to be held in the name: Keith Goulet – in Fee Simple Title".
310    Nowhere in the documents was there any mention of converting the "Title" to some other name.
311    No subsequent document exists that "Transfers" or "Grants as a Grantor" from the living man
312    "Keith Goulet, an Unmarried Man" to any entity, including the Federal Name: KEITH A. GOULET.
313    In a blatant effort to deceive the Veteran, the drafters of the "Loan Documents" labeled the
314    corporate entity: KEITH A. GOULET – AN UNMARRIED MAN, a method of deceiving the signer of
315    the document to "presume that the two names: Keith Goulet and KEITH A. GOULET, were one in
316    the same name, which we know is not a fact.

317    13. The "NOTE"..., at the very top of the note, there is a notice... it reads:

318    "NOTICE: THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF
319    VETERAN AFFAIRS OR ITS AUTHORIZED AGENT."

320        It can be presumed that the "ASSUMABLE" element not only applies to the "borrower" but to the
321        "Lender/Bank" as well. It is presumed that the "collection foreclosure process" IS THE COLLECTION
322        of or on the "Note".

323        There is a simple and basic rule of "The Uniform Commercial Code" which forbids foreclosure of
324        a mortgage UNLESS "the creditor possesses the properly-negotiated **original promissory note...** if
325        the "collection agency" does not possess the "original note" the foreclosure must be STOPPED.

326        It is a known fact, that when a "mortgage note" is fractionalized, the original note is destroyed in
327        lieu of the "new pieces" created, which are subsequently monetized and sold to investors.

328    14. The Lender, or the Title Company, **Fidelity National Title Insurance Company, a California**
329        **Corporation.** Converted the title without the knowledge or approval of the applicant, whereas the
330        application clearly stated that "Title was to be held in the name: Keith Goulet, a Single man, and
331        title was to be held in Fee Simple, in the name of Keith Goulet".

332        Solidifi Title Agency, LLC., (Settlement Agent) Illustrates the "borrower" as Keith A. Goulet and sets
333        forth their conditions of instructions. NO WHERE in the document was a single word about TWO
334        DIFFERENT ENTITIES being involved in the transaction, both which were presumed to be the Living
335        man Keith Allan: Goulet.

336    15. The "V.A. GUARANTEED LOAN & ASSUMPTION POLICY RIDER" **does not contain the name of the**
337        **"borrower" Keith Goulet**, it simply has below signature line, the FEDERAL NAME: KEITH A.
338        GOULET.

339        **NOTE: The terms and conditions of this "Policy Rider" does not apply, as the Title to the property**
340        **was never properly granted to anyone... not the Lender, Title Company or the FEDERAL NAME:**
341        **KEITH A. GOULET. The document references the "borrower" but the actual borrower's name**
342        **DOES NOT appear on the document.**

343        The MORTGAGE REGISTRATION SYSTEMS, INC. RIDER: The terms and conditions of this "Policy
344        Rider" does not apply, as the Title to the property was never properly granted to anyone... not the
345        Lender, Title Company or the FEDERAL NAME: KEITH A. GOULET. The document references the
346        "borrower" but the actual borrower's name DOES NOT appear on the document.

347    16. GUARANTEED LOAN – DEFINITION:
348        "A guaranteed loan is a loan that a third party guarantees – assumes the debt obligation for – in
349        the event that the borrower defaults... sometimes, a guaranteed loan is guaranteed by a

350    government agency, which will purchase the debt from the lending financial institution and take
351    on responsibility for the loan."

352    According to the "Mortgage Documents"... the loan was made to the "corporate name: KEITH A.
353    GOULET" which is a or "the name" which BELONGS TO THE Federal Franchise STATE OF
354    MONTANA. **The living man "never agreed to be a "involuntary transactor in commerce", nor a**
355    **co-signer to "MUNICIPAL CORPORATE DEBT", nor does any "Corporate Entity", nor any "Agency**
356    **of the "MUNICIPAL or Territorial Governmental Service corporations" hold any "Contract" of**
357    **any kind with the living man Keith Allan: Goulet.**

358    17. Since the 'Policy Rider' referenced above contains remedy/foreclosure data... The DEED OF
359    TRUST, nor the Rider, contains the borrower's name.  It is only the "presumption" that the living
360    man's name and the FEDERAL NAME, are one in the same. THEY ARE NOT!

361    18. What the VA "Guaranteed", was a non-existent loan... THE VA became party to a FRAUDULENT
362    SCHEME to get the "Disabled Veteran" to pay for his home many times. The VA has NO CLAIM TO
363    OWNERSHIP contrary to the NOTICE PROVIDED BY VRM, THAT IT MAY MAKE AGAINST THE
364    "Borrower" in this case the LIVING MAN, Keith A. Goulet.  The "NAME" as it is clearly indicated on
365    the entire package of documents.

366    19. VRM a service contractor for "THE VERERAN'S ADMINISTRATION", who presented to the Claimant
367    an "IMPORTANT NOTICE TO ALL OCCUPANTS, of the property located at 6703 Phillips Road SE,
368    Port Orchard, Washington [the subject property] that: "THIS PROPERTY IS NOW OWNED BY **"THE**
369    **SECRETARY OF VETERAN AFFAIRS"** THROUGH ACTION...."

370    THE ACTION... presumably the "non-judicial foreclosure action" PERFORMED BY QUALITY LOAN
371    SERVICE CORPORATION OF WASHINGTON on behalf of WELLS FARGO BANK, N.A..

372    There was never any such "foreclosure action" accomplished or noticed to the actual owner of
373    the property...Keith A. Goulet, the living man, by the SECRETARY OF VETERAN AFFAIRS.

374    20. QUALITY LOAN SERVICE, WELLS FARGO BANK, N.A. were properly notified by "certified United
375    States Mail" that the property was NEVER transferred, sold or granted to the FEDERAL NAME:
376    KEITH A. GOULET.

377    BOTH entities were notified that any legal or non-judicial action taken against the property which
378    was currently held in the name "Keith A. Goulet" as evidenced by recorded documents at Kitsap
379    County (#201901290079) would be considered unlawful action against an American Citizen, who

380     was/is not ANY KIND OF U.S. Citizen, and a non-judicial Commercial Tort Claim in the Amount
381     $500,000.00 per charge would be levied against them. (**Exhibit J**)

382  21. In addition, BOTH entities were notified that the FEDERAL NAME: KEITH A. GOULET was under
383     "Bankruptcy protection" as was the entire MUNICIPAL (UNITED STATES, INC./USA, INC.) whereas
384     that bankruptcy became final November 5, 2021.

385     QUALITY LOAN SERVICE OF WASHINGTON, and WELLS FARGO BANK ignored and pushed
386     forwarded with the foreclosure process. In possession of this knowledge, QUALITY scheduled the
387     sale of the property without regard to the bankruptcy and allowed the KITSAP COUNTY SHERIFF
388     to attempt to sell the property. There was NO BIDDERS to the property, whereas the KITSAP
389     COUNTY SHERIFF, informed the Claimant, that by "action by the department" the property was
390     returned to WELLS FARGO BANK who held NO INTEREST in the property at all.

391     It was only short few days after the Illegal sale of the property, that the owner and hold-in-due-
392     course of the property received a VRM (a contract vendor of VA) notice stating that: "This
393     property is now owned by the SECRETARY OF VETERAN AFFAIRS THROUGH ACTION..."

394

395  22. A "NOTICE OF OBLIGATION" dated March 30, 2020, in the form of a non-judicial claim "Noticing
396     Respondent(s):

397     Lourdes E. "Alfie" Alvarado-Romos, Secretary of Veteran Affairs, Robert Wilkie, Secretary of
398     Veteran Affairs; Charles W. Scharf, CEO, WELLS FARGO BANK; Jeff Smith, Wells Fargo Home
399     Mortgage, and Robert McDonald, QUALITY LOAN SERVICE CORP OF WA;... On June 22, 2020 a
400     Notice of Default was provided, and on July 25, 2020, a JUDGMENT was entered. (**Exhibit G**)

401

402  23. This **Mandatory Notice** is provided to all **Territorial United States** District, State and County
403     Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and **all MUNICIPAL**
404     **appointees** including their DISTRICT, STATE and COUNTY COURTS, their OFFICERS and
405     EMPLOYEES:

406     The vessels doing business as **Keith Allan: Goulet,** the living man, also known as **Keith Goulet,**
407     **Keith A. Goulet, Keith Allan Goulet**; including the MUNICIPAL FEDERAL NAME known as
408     **KEITH ALLAN GOULET, KEITH A. GOULET, KEITH GOULET, GOULET, KEITH A.**
409     **GOULET, Keith A.** including **Travis Weldonn-Goulet, TRAVIS WELDONN-GOULET,**
410     together with all derivatives and permutations and punctuations and orderings of these names, **ARE**

411    **NOT ACTING** in any federal territorial or MUNICIPAL capacity and have not knowingly or
412    willingly acted in any such capacity since the 12th day of November 1943.

413    All vessels are duly **claimed by Keith Allan: Goulet, the Holder-in-due-course,** the "**donor &**
414    **beneficiary**" of the "Transmitting Utility" **KEITH A. GOULET**, account # ▓▓▓▓▓ whereas
415    all the names appearing above, along with all derivatives and permutations, are held under
416    "**Common Law Copyright**", since the twelfth day of the eleventh month of the year of our Lord
417    one thousand nine hundred forty three, where no use is granted without express written consent the
418    the Holder-in-due-Course.

419    These vessels are publishing **Mandatory Notice** that they are **Foreign Sovereigns** from the nation
420    state of Montana of **The United States of America (unincorporated)**. This is your **Mandatory**
421    **Notice** that these above-listed-named vessels are owed all material rights, duties, exemptions,
422    insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and
423    credit, that their **jurisdiction is the "land & soil"** of the nation state of Montana.

424    You are also hereby provided with **Mandatory Notice** that these vessels **are not subject** to
425    Territorial or MUNICIPAL UNITED STATES law, and are owed The law of Peace, according to
426    the Army Pamphlet 27-161-1 from all Territorial and MUNICIPAL OFFICER and Employees who
427    otherwise have NO PERMISSION to approach or address them.

428    Any harm resulting from trespass upon these vessels or the use of **fictitious name(s) or title(s)**
429    related to them, or the attempted conversion of the "living being" into or identifying him/her as
430    the MUNICIPAL FEDERAL NAME, shall be taken as "fraudulent conversion" of the "living
431    being" to act as "surety" or "DEBTOR" for the FEDERAL NAME **KEITH ALLAN GOULET** or
432    **KEITH A. GOULET** and will be subject to full commercial liability and penalties under 18 USC
433    2333, 18 USC 1341 and 1342, and will result in a "Commercial Tort Claim" in the amount
434    determined from a "publicly posted fee schedule", plus three times damages, as authorized under
435    the Uniform Commercial Code.

436

437    24. On the closing statement created by JG WENTWORTH HOME LENDING LLC, on page 2, the
438    following statement appears:
439    *"My agent is not authorized to correct clerical and typographical errors **as to the names***
440    ***of the parties** to this transaction; the legal description, county or street address of the real*
441    *property which is the subject of this transaction; and the date of any document."*

442    We have highlighted the phrase "as to the names of the parties", as the Lender did in fact
443    change the name of the "borrower' from "Keith Goulet" to the FEDERAL CORPORATE
444    NAME: "KEITH A. GOULET.

445    Since the Claimant was not aware that the FEDERAL NAME: KEITH A. GOULET, and his
446    given name: Keith Goulet; were or ARE TWO DIFFERENT NAMES, and whereas the Lender
447    failed to disclose this matter, the "Deed of Trust" is void.

448

449

450    **SUMMARY**

451

452   25. There is not a single "Respondent" that is responsible for the carnage that has been occurring over
453    the past 130 plus years. Each "Respondent" however MUST ACKNOWLEDGE and ACCEPT
454    THEIR contribution to this "FRAUD & DECEPTION" which has been utilized against millions
455    of American's.

456   Most are "unaware" or have been so "indoctrinated into a belief system" that is nothing like we
457   are led to believe. From the beginning, we as American's" have been enslaved into a "scheme" so
458   diabolical that it borders on the being the "crime of all times".

459   At first, nearly everyone does not believe any part of the story… No author or writer could have
460   possibly come up with a better plot or story line. Even after reading the facts, then re-reading
461   them again, can one comprehend the craziness that was and is behind what the world is living
462   through today.

463  For our purposes here and now, we are going to start somewhere in the middle, because that will
464  lead us to what this Commercial Tort Claim is all about. It is the WHY, most do not understand,
465  along with the "lies" utilized to make all sound reasonable and right… We could start with "Once
466  upon a time…, like a fairy tale, but this is no fairy tale.., this is real life stuff… In the late 1800's...

467   *The Holy See* [better known as the Vatican] *bought the derelict United States (Trading*
468   *Company) and created two new incorporated entities doing business in the*
469   *international jurisdiction of the sea as [Believe it or not] The United States of America,*
470   *Inc. and the District of Columbia Municipal Corporation which were run* [operated]
471   *from 1868 until bankrupted by President Wilson --- and bought out by the Federal*
472   *Reserve circa 1912."*

473   *The Federal Reserve Banks then operated the bankrupt entity dba The United States of*
474   *America Inc. and District of Columbia Municipal Corporation in receivership and*
475   *created another version known as "the United States of America, Inc"* [Note: the only

476            *difference in the two names is "The" & "the"] which they also bankrupt in 1933*
477            *together with all the bogus Foreign Situs Trusts that FDR named after living Americans*
478            *and their organic states. They also created US Corp, USA, Inc and Washington DC*
479            *Municipality and other franchises.*

480            *"Despite the Geneva Conventions which outlawed slavery and peonage worldwide in*
481            *1926, and the Kellog-Briand Pact which outlawed war in 1928, a fraud scheme using*
482            *deceptively similar names to promote false claims against and control over the*
483            *American People was executed by Roosevelt via the creation of Foreign Situs Trusts*
484            *that were named after living Americans, presumed to be doing business under names of*
485            *identical style. E.g., "John Quincy Adams" and registered as franchises of the bankrupt*
486            *governmental service corporation dba United States of America, Inc,*

487            *These civilly dead and bankrupt personas were then systematically used to promote*
488            *personage and barratry against the living victims and used to remove them from their*
489            *birthright status on the land to a foreign international status in the jurisdiction of the*
490            *sea–effectively press-ganging Americans and their assets in contravention of*
491            *international law standing since the Napoleonic Era.*

492            *The Foreign Situs Trusts were used as siphons to such the substance from their*
493            *[Americans] labor and their resources under conditions of non-disclosure and deceit*
494            *and used to set up the institutionalized fraud scheme known as the "Federal Reserve*
495            *System".*

496

497            <u>BUT THERE IS MORE… SO MUCH MORE...</u>

498

499            *"This fraud scheme has involved both bankruptcy and probate fraud on a massive scale*
500            *and has been carried out by two private business enterprises--- the American Bar*
501            *Association and the Internal Revenue Service, both owned and operated by Northern*
502            *Trust, Inc. These undeclared foreign agents have operated under color of law for*
503            *decades. The Bar Members are in open violation of the 1947 Bar Association Treaty*
504            *allowing their presence on our soil. These Bar Associations have misrepresented*
505            *themselves as harmless professional service organizations while operating private bill*
506            *collection agencies disguised as public courts--- all without license, proper*
507            *identification or consent.*

508    *The Internal Revenue Service has operated in a similar lawless and clandestine manner.*
509    *Employees of the Internal Revenue Service have misrepresented themselves as part of*
510    *our lawful government when in fact they have been totally independent private bill*
511    *collectors operating as privateers on our shores and routinely committing fraud and*
512    *inland piracy against American state citizens.*

513    *The IMF doing business as the UNITED STATES, INC. and its franchises doing*
514    *business as the 'STATE OF WISCONSIN' and "STATE OF FLORIDA" [or "STATE*
515    *OF WASHINGTON"] took up the active business of **providing governmental services***
516    ***without consent, knowledge** [emphasis added] or permission of the victims of this fraud*
517    *scheme, and began charging their fees against the victim's aggregate collateral, too.*
518    *They and their agencies then also sent bills to the living people, giving the false*
519    *impression that the living people were responsible for payment of corporate franchise*
520    *debts."*

521    **So why is it important to add this insight in this Claim? It is because it is the very**
522    **essence of the claim. Where did the "ALL CAPITAL TEXT NAME" come from?**
523    **The overwhelming perception of most American's is that it is simply our "given**
524    **name in an all capital text format". Well read on… the truth will always set you**
525    **free...**

526    *"The IMF used the same basic method of fraud as the Federal Reserve System. Instead*
527    *of Foreign Situs Trusts name after living Americans, the IMF set up Cestui Que Vie*
528    *Trusts, and set up the same cozy arrangement for itself using institutionalized personage*
529    *and barratry as a means of emptying American pockets and placing false claims against*
530    *American assets.*

531    *The IMF franchises were named in the style: JOHN QUINCY ADAMS" and though they*
532    *were all mysteriously born on the land of the organic states of the Union, they were*
533    *"removed" to Puerto Rico, where they were mercilessly plundered, raped, and pillaged*
534    *by members of the American Bar Association and the Internal Revenue Service.*

535    *Nature has run its course and as of March 2015 the UNITED STATES, INC, has been*
536    *insolvent. In response, **Barack Hussein Obama** [emphasis added] has set up yet another*
537    *round of the same fraud by creating more franchises constructed to be bankrupt Puerto*
538    *Rican public transmitting utilities operating under the names of living Americans and*
539    *styled using only middle initials: JOHN Q. ADAMS.*

540   *These ARE COMPLETELY ILLEGAL NAMES, VOID OF MEANING FOR LACK OF*
541   *SPECIFICITY, YET MILLIONS OF INNOCENT Americans WHO ARE THE Employers*
542   *and Benefactors of these bank-run governmental service corporations are paying bogus*
543   *account statements and tax bills by equally bogus corporate franchises--- which are in*
544   *fact the responsibility of the banks and the governmental service corporations that*
545   *created them."*

546   *[This excerpt is taken from a public letter of Anna Von Reitz dated January 21, 2016 --*
547   *Addressed to the Joints Chiefs of Staff & the IMF]*

548

549                          **REBUTTAL OF PRESUMPTION**

550

551   *"An assumption that is deemed fact unless rebutted by reliable conflicting evidence. A*
552   *presumption which is presumed valid but which is subject to conflicting evidence*
553   *being presented which effectively rebuts or overturns the presumption."*
554                          *Blacks law Dictionary 2nd Ed.*

555   26.  **Any presumption of law**, or **presumption of fact** as to the political status or standing of
556   the flesh & blood living man Keith Allan: Goulet© to be a US Citizen or a Citizen of the
557   United States has been and **is hereby rebutted**, meaning before this point in time to
558   November 12, 1943, and thereafter is hereby rebutted and has no effect whatsoever.
559   The flesh & blood living man Keith Allan: Goulet© has by public record proclaimed his
560   political status by public notice in Kitsap County Washington and Missoula County
561   Montana by recording the Mandatory Notice of FISA stating that his **Jurisdiction is the**
562   **land and soil of the Nation state of Montana**.

563   Any previous misrepresentation of the flesh & blood living man **Keith Allan: Goulet**©,
564   as a United States Citizen or a U. S. Citizen **is hereby rebutted**. I was not born in any U.
565   S. Territory, but in the Nation state of Montana, one of the united States of America,
566   thus I am American state Citizen/National of "The State of Montana", where I was born
567   on the "soil/land" of Montana.

568   Any previous presumption that the flesh & blood, living man Keith Allan: Goulet©, who appears
569   to be or is presumed to representing or is presumed to be acting as an "accommodation party" in

18

570    "joiner" or "a voluntary transactor in commerce" to the dead artificial legal "juristic Person" of
571    KEITH ALLAN GOULET© in the Admiralty Maritime Jurisdiction – the international Law of the Sea
572    **is hereby rebutted**, as proclaimed on the public record beginning November 12, 1943.

573    Keith Allan: Goulet, the living man, claims his jurisdiction to be the "Soil/Land" of "The State of
574    Montana".

575

576    **MANDATORY NOTICE – Foreign Sovereign Immunities Act – Section 1605 & 1607**
577    **NOTICE OF LIABILITY – 18 USC 2333 – 18 USC 1341 – 18 USC 142**
578
579    This **Mandatory Notice** is provided to all **Territorial United States** District, State and County Courts, their
580    officers, clerks, bailiffs, sheriffs, deputies, and employees and **all MUNICIPAL appointees** including their
581    DISTRICT, STATE and COUNTY COURTS, their OFFICERS and EMPLOYEES:

582    The vessels doing business as **Keith Allan: Goulet,** the living man, also known as **Keith Goulet, Keith A.**
583    **Goulet, Keith Allan Goulet**; including the MUNICIPAL FEDERAL NAME known as **KEITH ALLAN GOULET,**
584    **KEITH A. GOULET, KEITH GOULET, GOULET, KEITH A. GOULET, Keith A.** including **Travis Weldonn-Goulet,**
585    **TRAVIS WELDONN-GOULET,** together with all derivatives and permutations and punctuations and
586    orderings of these names, **ARE NOT ACTING** in any federal territorial or MUNICIPAL capacity and have not
587    knowingly or willingly acted in any such capacity since the 12th day of November 1943.

588    All vessels are duly **claimed by Keith Allan: Goulet, the Holder-in-due-course,** the "**donor & beneficiary**"
589    of the "Transmitting Utility" **KEITH A. GOULET**, account # ▇▇▇▇▇▇▇ whereas all the names appearing
590    above, along with all derivatives and permutations, are held under "**Common Law Copyright**", since the
591    twelfth day of the eleventh month of the year of our Lord one thousand nine hundred forty three, where
592    no use is granted without express written consent the the Holder-in-due-Course.

593    These vessels are publishing **Mandatory Notice** that they are **Foreign Sovereigns** from the nation state of
594    Montana of **The United States of America (unincorporated)**. This is your **Mandatory Notice** that these
595    above-listed-named vessels are owed all material rights, duties, exemptions, insurances, treaties, bonds,
596    agreements, and guarantees including indemnity and full faith and credit, that their **jurisdiction is the**
597    **"land & soil"** of "The State of Montana".

598    You are also hereby provided with **Mandatory Notice** that these vessels **are not subject** to Territorial or
599    MUNICIPAL UNITED STATES law, and are owed The law of Peace, according to the Army Pamphlet 27-161-

600    1 from all Territorial and MUNICIPAL OFFICER and Employees who otherwise have NO PERMISSION to
601    approach or address them.

602    Any harm resulting from trespass upon these vessels or the use of **fictitious name(s) or title(s)** related to
603    them, or the attempted conversion of the "living being" into or identifying him/her as the MUNICIPAL
604    FEDERAL NAME, shall be taken as "fraudulent conversion" of the "living being" to act as "surety" or
605    "DEBTOR" for the FEDERAL NAME **KEITH ALLAN GOULET** or **KEITH A. GOULET** and will be subject to full
606    commercial liability and penalties under 18 USC 2333, 18 USC 1341 and 1342, and will result in a
607    "Commercial Tort Claim" in the amount determined from a "publicly posted fee schedule", plus three times
608    damages, as authorized under the Uniform Commercial Code.

609
610                        <u>**NOTICE OF LAND PATENT**</u>
611

612    27. On the 24th day of January 2019, a Certificate of Acknowledgement – Statutory Warranty Deed
613        was recorded in KITSAP COUNTY, WASHINGTON (**Exhibit A**). This document clearly defines the
614        "Holder-in-due-Course" owner of the "Property" defined as 6703 Phillips Road SE, Port Orchard,
615        Washington, the property referred in the foreclosure document herein.

616    28. On May 5, 2021, further evidence was entered cementing Keith Allan: Goulet's claim to the "Land
617        & Property" which was recorded in KITSAP COUNTY, WASHINGTON in the form of a "**Declaration
618        of Land Patent**" (**Exhibit N**). The Land Patent was claimed in accordance with the "Oregon Treaty,
619        8 stat. 869, 6/15/1846, Washington State Constitution, United States Constitution, Bill of Rights
620        and Declaration of Independence (1776).

621    29. The Land Title and Transfer. If this Land Patent is not challenged within sixty days (60) in a court
622        of law by someone, or by the government, it then becomes [the] property, [of the claimant] , as
623        no one has followed the proper steps to [gain] legal/lawful title, the final certificate or receipt
624        [Declaration] stands.

625        **A Land Patent is conclusive evidence the Patent has complied with the Act of Congress as**
626        **concerns improvements on the land, etc...**

627        **No counter-claim was recorded, challenging the Land Patent Claim recorded on May 5, 2021,**
628        **therefore the "Land Patent Claim of Keith Allan: Goulet" stands as a valid claim to the Land.**

629
630                        <u>**Jurisdiction and Venue**</u>
631

20

632   30. The Court has jurisdiction over this action pursuant to 28 U.S.C 1331, in that the claims which arise

633        under the laws of "the UNITED STATES and this Court has supplemental jurisdiction of additional

634        claims pursuant to 28 U.S.C 1367(a) as they are related to the federal questions that form a part

635        of the same case or controversy.

636   Venue is proper in this District pursuant to 28 U.S.C 1391 (b)(2) because at least one

637   defendant/Respondents reside in this District and is a substantial part of the events or omissions

638   given rise to the Petitioners claims. In regards, the publications of injurious falsehoods were

639   intended to occur in the Western District of Washington and did occur in the Western District of

640   Washington.

641                                        **The Parties**

642

643   31. The Petitioner **Terra Libre Land Trust on behalf of Keith Allan: Goulet**, a Private, American

644        National who is sui juris, whose domicile is The State of Montana, who also owns property in "The

645        State of Washington".

646   The Respondents listed herein are co-conspirers who have profited from the unlawful sale of the

647   Petitioner "real property" located at 6703 Phillips Road SE, Port Orchard, "The State of

648   Washington, and the subsequent harassment of him and his family causing the split of those

649   closest to him, thus depriving him of a restful and peaceful end to a productive life.

650   The Petitioner is a 100% disabled Vietnam Veteran, age 78, who has already suffered the

651   wrongdoing of "multi-national corporation" including Monsanto Corporation and its parent

652   corporation, Bayer Corporation, who have already inflicted harm on him and his family from the

653   toxic chemical of Agent Orange.

654   The Respondents in this case, have collectively sought to falsely claim "title to his Land and

655   Property" and have caused unwarranted stress and hardship to the Petitioner, who suffers from

656   "Terminal Coronary Artery Disease" as a result of his exposure to Agent Orange. This harassment

657   has also caused a "breakup of his friend and caretaker" as she could no longer deal with the

658   constant pressure and cyberstalking of the Petitioner, his efforts to free himself from the

659   harassment, and the stalking of his friends and family.

660   32. WELLS FARGO BANK, N.A. was not the "loan originator", but "purchased the loan pkg" from the

661        loan originator "JG WENTWORTH HOME LENDING LLC. At the time that WELLS FARGO BANK, N.A.

662        purchased the loan, Keith Allan: Goulet had already notified JG WENTWORTH HOME LENDING LLC

663        of his intent to cancel the Deed of Trust. When WELLS FARGO BANK, via WELLS FARGO HOME

664    MORTGAGE, notified Keith Allan: Goulet in January 0f 2019, that they had assumed to mortgage,
665    and he was to make payment to WELLS FARGO HOME MORTGAGE.

666    Upon receiving the notice, Keith Allan: Goulet informed WELLS FARGO HOME MORTGAGE by
667    register mail, that he did not have a "Contract" with WELL FARGO BANK nor WELL FARGO HOME
668    MORTGAGE and requested that WELLS FARGO HOME MORTGAGE provide him with document
669    authenticating their position and contract. WELL FARGO HOME MORTGAGE did not comply.

670    33. JG WENTWORTH HOME LENDING LLC was the "originator of the documents"(**Exhibit H**).
671    Immediately following the signing of the documents, Keith Allan: Goulet notified JG WENTWORTH
672    of his concerns regarding the name change on the documents. JG WENTWORTH only replied
673    stating that they were no longer holding the loan.

674    According to the Deed of Trust, the actual lender is JG WENTWORTH HOME LENDING LLC a
675    Virginia Limited Liability Company whose address is 3350 Commission Court, Woodbridge VA
676    22192.

677    34. **FIDELITY NATIONAL TITLE INSURANCE COMPANY**, a California Corporation, who was appointed
678    "Trustee", presumably of the "Deed of Trust". The question raised was FIDELITY acting as "an
679    insurance company/agent" and if so, how can it act in that capacity of Trustee without bias
680    towards the rights and interest of the "actual borrower" Keith Allan: Goulet. On the Signature
681    Page of the Deed of Trust... "under the signature line was the name: KEITH A. GOULET. FIDELITY
682    NATIONAL TITLE, as "Trustee" had a fiduciary obligation to protect the interests of "Donor-
683    Beneficiary" of the "Deed of Trust", that being Keith Allan: Goulet, the living man whose "labor &
684    ingenuity" is what has given "Value" to the Federal Name: KEITH A. GOULET".

685    **The Notary Public "VICKI KINKELLA"** a Notary for the State of Washington, attested to the fact
686    that KEITH A. GOULET "appeared before me KEITH A. GOULET, to me know to be the individual
687    party/parties described in and who executed the within and foregoing instrument..." NONE OF
688    WHAT she has attested to is true... KEITH A. GOULET could not have possibly APPEARED BEFORE
689    HER.., as KEITH A. GOULET is a "Fictional Entity" a "Corporate juristic name" and IS NOT THE living
690    man known as Keith Allan: Goulet.

691    35. **THE VETERAN'S ADMINISTRATION...** The same is true of the VA GUARANTEED LOAN AND
692    ASSUMPTION POLICY RIDER... On page 2 of that document (page 13 of 17 of the closing document
693    file), notice the Signature Line:  What appears beneath the line is the name: KEITH A. GOULET.
694    We notice that there is no place on the document which asks for the actual name of the borrower.
695    We also note that we have already stated that the "Official Name of the Veteran" is GOULET, Keith

696    Allan, verified from THE VETERAN'S ADMINISTRATIONS own records. We also note that there is

697    NO EXPLANATION of the use of, nor the consent of the actual applicant, to substitute the "Federal

698    Name" KEITH A. GOULET, or for that matter, the use of THE VETERAN'S ADMINISTRATION'S own

699    identification of the Veteran: GOULET, Keith Allan.

700    36. **MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC. (MERS)** On page 14 of the loan package

701    document, we find another "RIDER – MERS Rider". Who knew that MERS, the self-proclaimed

702    "Registration System" would have the authority to "AMEND THE TERMS AND CONDITIONS OF THE

703    LOAN DOCUMENTS"?  On page 2, B... TRANSER OF RIGHTS IN THE PROPERTY. It states: "The

704    transfer of Rights in the Property section of the Security Instrument is amended to read as

705    follows:"

706    The borrower, in ALL THE DOCUMENT, WAS NEVER INFORMED that the "Electronic Registration

707    System corporation", was part of the actual loan documents. The borrower was never provided

708    "informed consent".  It is also important to recognize that beneath the signature line is the "all

709    capital text corporate Federal Name: KEITH A. GOULET".

710    A second issue is of greater importance.  Who granted this consent to alter the "Security

711    Instrument" which is presumed to be "The Note"? The "Deed of Trust" is simply the "holding

712    entity" which as we have already disclosed that FIDELITY NATIONAL TITLE INSURANCE COMPPANY

713    was appointed "Trustee" and "holder in trust" of the "Signers Property". His/its obligation was to

714    protect the interest of the lawful owner of the property, which was not the name on the

715    document. This Federal Name: KEITH A. GOULET is who legally executed this document, not the

716    actual owner Keith Allan: Goulet.

717    The question we have raised from the beginning is "how did the property get "transferred into"

718    or "granted" to the "All Capital Text" Federal Name KEITH A. GOULET? Since the two names are

719    "legally separate entities", there MUST BE a document where the actual owner/secured party

720    creditor has agreed to "grant to" or "assign to" the "Corporate entity: KEITH A. GOULET, the use

721    of the property. THERE IS NO SUCH DOCUMENT. This act is pure "deceptive fraud".

722    37. THE LENDER BANKS... ALL.  The third document is "The Note". The "Note" is not "made in any

723    name", it simply refers to "BORROWERS PROMISE TO PAY". No where in the document does it

724    make reference to the "actual applicant" by name. If it would or did, it would be necessary for the

725    creator of the document to provide an explanation as to why and how the name at the bottom of

726    the Note is different from the "applicant's name".

727     It is presumed that the "borrower" is the name that appears at the end of the document. The
728     reality then, is that the "borrower" is the Federal Name: KEITH A. GOULET. The living man, Keith
729     Allan: Goulet, who is the lawful title holder, never knowingly agreed to be the "co-signer" or the
730     "voluntary transactor in commerce" for the Federal Name: KEITH A. GOULET.

731 **38.** MCCALLA RAYMER LIEBERT PIERCE, a "Collection Agency" law firm, who claims representation of
732     WELLS FARGO BANK, N.A. On or about October 20, 2021, delivered a "notice to vacate" to the
733     property address of 6703 Phillips Road SE, Port Orchard Washington. Prairie Star National Trust,
734     Administrator and Trustee for the BANKRUPT ESTATE of KEITH A. GOULET, that neither the ESTATE
735     of KEITH A. GOULET nor WELLS FARGO BANK, N.A., responded to that order by informing McCalla
736     Raymer Liebert Pierce, that the BANKRUPT ESTATE of KEITH A. GOULET nor WELLS FARGO BANK,
737     N.A., did not have or hold any kind of title to the property. According to KITSAP COUNTY RECORDS,
738     the property is owned by Keith Allan: Goulet the living man. See the attached Warranty Deed
739     (**Exhibit A**). A December 6, 2021, further defined and further informed the law firm of a "Notice of
740     Fraud" (**Exhibit J**) which the law firm has, by its actions, agreed to terms and conditions of the
741     contract outlined therein.

742 **39.** Prairie Star National Trust, Administrator/Trustee for the BANKRUPT ESTATE KEITH A. GOULET,
743     informed WELL FARGO BANK, N.A. on February 1, 2021 (**Exhibit K**) that the collection of OMB No
744     1455-0877, on Form 1099A in the amount of $344,000 which belongs to the ESTATE OF KEITH A.
745     GOULET. WELLS FARGO BANK, N.A. did not originate the Loan… the loan was created by JG
746     WENTWORTH HOME LENDING LLC. In any event… he $344,000 should have been returned to the
747     borrower the ESTATE OF KEITH A. GOULET.

748 **40.** On or about March 12, 2021, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON acting as
749     Trustee, acting without contract or assignment by the original trustee, FIDELITY NATIONAL TITLE
750     INSURANCE COMPANY, claiming to be appointed "successor trustee", who failed to
751     provide evidence of a written document, fraudulently executed a TRUSTEE'S DEED UPON
752     SALE. (**Exhibit L**)

753     It is a matter of record, that two elements prevented this action. One, the "ESTATE of
754     KEITH A. GOULET, the Transmitting Utility, which QUALITY LOAN SERVICE CORPORATION
755     OF WASHINGTON indicated on the "TRUSTEE'S DEED UPON SALE" as "Trustor: KEITH A.
756     GOULET, AN UNMARRIED MAN"

757    It is not speculation nor an anomaly that the name is capitalized. Black's law Dictionary
758    defines a corporate entity as being illustrated in ALL CAPITAL LETTERS. The vessel: KEITH
759    A. GOULET, a Transmitting Utility, account no: ███████ was created by the
760    IMF/MUNICIPAL STATE OF MONTANA on December 10, 1943. That vessel was included in
761    the Bankruptcy of the MUNICIPAL UNITED STATES, INC, whereas that bankruptcy was
762    finalized on November 5, 2021.

763    Mandatory Notice documents exist recorded in KITSAP COUNTY WASHINGTON and
764    MISSOULA COUNTY MONTANA, since 2018. (**Exhibit L**) This document clearly defines this
765    vessel as "Corporate American National" whereas this vessel is subject to full commercial
766    liability and penalties under 18 USC 2333, 18 USC 1341 & 1342, whereas a "Commercial
767    Tort Claim" for a claim amount, plus 3 times damages as authorized under Uniform
768    Commercial Code.

769    The entity of KEITH A. GOULET, an ESTATE, was falsely installed as "holder-in-due-Course"
770    of the property. The ESTATE, is if anything, is a DEBTOR, without standing. It is certainly
771    NOT AN UNMARRIED MAN, no matter how badly "the bank" and "the collection agency"
772    want it to be.

773    We already know that the ESTATE WAS NAMED as Original Grantor... with is false on its
774    face, as the entire Deed of Trust document is null and void as a result of Fraud.

775    MERS was never a part of the "loan document" nor the "Deed of Trust". It was never part
776    of any contract, and even if it was, there is NO SIGNATURE, NO CONSIDERATION, put forth
777    by MERS, WELLS FARGO BANK, N.A., or QUALITY LOAN SERVICE CORPORATION OF
778    WASHINGTON.

779    The "Deed of Trust" was cancelled by the only signer to the document. It was cancelled
780    based on Fraud, the withholding or failure to disclose permanent facts to the loan
781    documents.

782    **SUMMARY**

783    The issues raised in this Writ of Mandamus are complex and far reaching. First and foremost is
784    the understanding that there are several significant, yet basic elements that must be pointed out.

785    a.  **Jurisdiction**. The Petitioner is an "American National" whose jurisdiction is the "land and
786        soil" of "The State of Montana". He is not a "U.S. Citizen" nor is he a "Citizen of the UNITED
787        STATES". Both of these types of "Citizens" are "Citizens of the "Federal MUNICIPAL or
788        Territorial Governmental Service corporation known as THE UNITED STATES.

789    b.  He comes to this Court by Special appearance, as all the respondents to this action are "A
790        Federal Corporation or Federal Corporate UNITED STATES CITIZENS whose jurisdiction fall
791        under this court.

792        **Terra Libre Land Washington** and **Prairie Star National Trust,** are a "Common Law Pure
793        Contract Trust" whose functions in the jurisdiction of the Air, with a "Beneficial interest
794        in the Land". Its sole purpose is to act as an "intermediatory, an entity who acts as a
795        mediator or agent" on behalf of a Petitioner.

796        The issues raised by Prairie Star National by and in the "Commercial Tort Claims" are
797        based on "commercial law", under the rules of the Uniform Commercial Code, under
798        which this court and each of the Respondents function. A Petitioner may function under
799        the international jurisdiction without leaving his basic jurisdiction. In reality, the
800        Petitioner functions in the "international jurisdiction", while holding beneficial interest in
801        the "soil/land" jurisdiction. The Petitioner is not "lawless", as he is bound under Public
802        Law, and it is under Public Law that this Writ of Mandamus seeks remedy.

803    c.  **Status.** The petitioner has recorded into the public his "Declaration of Political Status",
804        and has included a copy as an **Exhibit M** with this case ("Mandatory Notice" of Foreign
805        Sovereign Immunities Act under Sections 1605 and 1607).

806        It has been the intent of each of the Respondents, to drag the Petitioner into a foreign
807        jurisdiction, the jurisdiction which may apply to the "Federal Name: KEITH A. GOULET, but
808        not to the living being Keith Allan: Goulet.  It is this "duality of identification" which has
809        created the necessity to "describe and define" the difference between the two names. It
810        is the mis-identification of, and the substitution of the corporate name, which has created
811        the fraud on a grand scale.  It is not the intention of the Petitioner to create conflict, it is
812        only his intent to establish his rights as an American National on the land & soil
813        jurisdiction.

814    d. **Contracts & Consent.** We, collectively, cannot undo the past. What we can do is unravel
815    the false and fraudulent practices. Our purpose is not to inflict punishment as a remedy.
816    What our expectations are, and what we seek as remedy and relief from the court, is the
817    simple solutions we have presented herein.

818    Our expectations are for the Respondents who have participated in the false and
819    fraudulent practices, who have created the false and misleading contracts, to own up to
820    their errors, and understand that from the beginning, this Writ of Mandamus, seeks only
821    that the Petitioner, the living man, Keith Allan: Goulet be granted relief in the form of the
822    return of what belonged to him in the first place.

823    The "conversion of a contract", namely, the name in which the contract was intend and
824    the substituted name that was actually used, is pure deception and fraud. It was and is,
825    the "presumption that the "signer was aware" of the name difference" and entered into
826    the contract "with informed consent". Such informed consent was not provided and must
827    be in writing within the contract.

828    e. **Non-judicial process.** The Collection Agencies, large law firm who make their living off
829    the "deception and fraud of mortgages" take advantage of "unsuspecting and
830    unknowing" individuals, using "statutory laws" designed to allow these Collection
831    Agencies to utilize the code and commercial law, (Article 9 of UCC) to take property
832    without judicial protection.

833    Yet, when presented with a Commercial Tort Claim under the same Article 9 rules, do not
834    adhere to the "commercial laws" they themselves are using to effect home foreclosures.
835    We simply request that the court acknowledge and enforce commercial laws equally. If
836    the Respondents expectation is for non-judicial rules apply to those individuals caught in
837    foreclosure against so called "security instruments", then the same expectation should
838    be applied to the "secured instrument created by a Commercial Tort Claim under 15 USC".

839

840    <u>**Relief Sought**</u>

841

842    1. That the "TRUSTEE DEED UPON SALE" created by QUALITY LOAN SERVICE CORPORATION OF
843    WASHINGTON, be declared null and void, as the entire non-judicial foreclosure process was

accomplished under false and fraudulent assumptions. That the ESTATE - KEITH A. GOULET was in Bankruptcy at the time the process took place; and  that WELLS FARGO BANK, N.A. did not produce the documents requested by Prairie Star National to provide positive proof of status and fulfillment of the requirements of holding a valid contract with the living man Keith Allan Goulet; nor did QUALITY LOAN SERVICE CORPORATION OF WASHINGTON  produce any documents to verify their status, bond or other requested documents which included the "original wet ink note", a signed document executed by the original trustee resigning, and how, and who appointed QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, the new trustee.

2. That QUALITY LOAN SERVICE CORPORATION OF WASHINGTON failed to acknowledge the numerous attempts by the actual owner, through his Agent Prairie Star National Trust, to provide evidence and proof in the forms of "written documents" stating that the "lender bank" and/or it "service agent" held the authority to act on behalf of the "Trust" that supposedly held the property, including how and why QUALITY was appointed Trustee.

3. Prairie Star National Trust, on behalf of its client, the living man Keith Allan: Goulet,  presented a certified "Commercial Trot Claim" on behalf of the living man Keith Allan Goulet, requiring each respondent to rebut all the allegation made therein, by providing written documents including the "original wet ink" documents, which were never provided, in addition to an explanation as to "who" and "why" the name was changed from the "applicants name" to the "Federal – Transmitting Utility name". It has been verified beyond any reasonable doubt, by the Fiduciary of The United States of America, the incorporated entity, that the all capital text name is in fact a creation of the MUNICIPAL STATE GOVERNMENT. It may no longer be "presumed" that the "all capital text name", represents or is the same as the living being's name.

4. That both the "Deed of Trust" and "The Note" itself are null and void based on the fraudulent nature of the signature.  All contracts must be made under "informed consent", and that information and notice must be in writing, within the contract. A signer must be informed that he or she is "signing on behalf" of someone else or on behalf of a corporate entity. A signer must be informed that he/she is signing as a "surety", "a co-signer" and he/she IS NOT a voluntary transactor in commerce.

5. That the Petitioner be granted monetary award claimed in the original "Commercial Tort Claim", whereas the Respondents therein, were already provided 90-day opportunity to rebut

876   or disavow those allegations presented therein. Each of the respondents were provided ample
877   time to rebut the allegations.  The "Commercial Tort Claim" was first presented on July 20,
878   2021 and has been unanswered for over eight (8) months.
879   A Notice of Default was sent each respondent after a 90-day period, offering opportunity to
880   settle the claim with the Claimant. None of the respondents replied, nor chose to negotiate a
881   settlement to their obligation.
882
883
884
885   6.   That the court issue a judgement to each of the Respondents as indicated below:
886   WELLS FARGO BANK, N.A.                                $ 1,032,000.00
887   NATIONAL ASSET MANAGEMENT GROUP                       $ 1,032,000.00
888   JG WENTWORTH HOME LENDING LLC                         $ 1,032,000.00
889   QUALITY LOAN SERVICE CORP OF WASHINGTON               $ 1,032,000.00
890   KITSAP COUNTY CORPORATION                             $ 1,032,000.00
891   ORANGE COAST TITLE COMPANY                            $ 1,032,000.00
892   WELLS FARGO HOME MORTGAGE                             $ 1,032,000.00
893   FIDELITY NATIONAL TITLE INSURANCE COMPANY             $ 1,032,000.00
894   MCCALLA RAYMER LIEBERT PIERCE                         $    550,000.00
895   Our previous offer, which we make again by this Writ of Mandamus is that each entity simply settle the
896   claims whereas each entity pay $ 344,000.00 in lawful money to the Petitioner in settlement of the
897   Commercial Tort Claims made, and that the DEPAREMENT OF VETERAN AFFAIRS -  Comply with the terms
898   and conditions of the prior Commercial Tort Claim cured claim.
899   41. As a direct result of the Respondents actions, the Petitioner has suffered and continues to suffer
900   significant damage including but not limited to actual compensatory, special and incidental and
901   consequential damages, to his reputation, credit standing and ability to provide services to his
902   family, friends and business associates.
903   WHEREFORE, the Petitioner Keith Allan: Goulet respectfully requests that this Court enter a
904   Judgement for Keith Allan Goulet and against the Respondents listed herein, for damages, including
905   Punitive damages, costs and such other damages as the court may deem just and proper.
906
907   Dated:  April 21, 2022

908    Respectfully submitted by:

909    **Terra Libre Land Washington Trust**
910    **Prairie Star National Trust**
911    3965 Bethel Road SE
912    Port Orchard, Washington 98366
913    Telephone:  206-549-4985

914

915    ____/s/  Sterling  J.  Shaw – Managing Trustee
916
917    Signed by: Sterling Jay: Shaw
918    Without Prejidce, All Rights Reserved