UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRA LIBRE LAND TRUST, on behalf of Keith Allan: Goulet,<br><br>                          Petitioner,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>                          Respondents. | CASE NO. C22-5277JLR<br><br>ORDER OF DISMISSAL |

On May 4, 2022, the court ordered Petitioner Terra Libre Land Trust ("TLLT") to show cause why its petition for a writ of mandamus should not be dismissed without prejudice based on its apparent failure to comply with Federal Rule of Civil Procedure 11(a).  (OSC (Dkt. # 4); Pet (Dkt. # 1).)  Rule 11(a) requires "[e]very pleading" to be "signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).  TLLT's petition for a writ of mandamus, however, is signed only by Sterling Jay Shaw, who holds himself out

ORDER - 1

as the "Managing Trustee" of TLLT, but gives no indication that he is authorized to serve as TLLT's attorney of record in this matter and sign pleadings on TLLT's behalf.  (*See* OSC at 2-3; *see also* Pet. at 1, 30.)

TLLT was obligated to provide a response to the court's show cause order by May 18, 2022.  (*See* OSC at 3.)  That deadline has now passed and TLLT has neither responded to the court's show cause order nor cured the deficiencies identified therein.  (*See generally* Dkt.)  Accordingly, the court DISMISSES this action WITHOUT PREJUDICE.  The Clerk is DIRECTED to mail a copy of this order to TLLT.

Dated this 25th day of May, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2